# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144586 & (18)

JACQUELINE R. JONES,
   Petitioner-Appellee,

v

            SC: 144586
            COA: 307581
            Kalamazoo CC: 1999-007517-PP

JIMMIE LEE JONES, JR.,
   Respondent-Appellant.

_____/

   On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the January 26, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

Clerk

h0514